No. 626. FRANCE MANUFACTURING CO. *v.* JEFFERSON ELECTRIC Co. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Albert R. Teare* and *Arthur C. Denison* for petitioner. *Messrs. Frank Parker Davis* and *John A. Dienner* for respondent.

No. 614. PUBLIC SERVICE COMMISSION *v.* WISCONSIN TELEPHONE Co. February 5, 1940. The motion of the National Association of Railroad and Utilities Commissioners for leave to file a brief *amicus curiae* is granted. The petition for writ of certiorari is denied upon the ground that the Court is unable to find that the decision of the highest court of the State did not rest upon an adequate non-federal ground. Judicial Code, § 237 (b), 28 U. S. C. 344 (b). *Lynch* v. *New York,* 293 U. S. 52; *Honeyman* v. *Hanan,* 300 U. S. 14; *New York City* v. *Central Savings Bank,* 306 U. S. 661; *McGoldrick* v. *Gulf Oil Corp., ante,* p. 2. *Mr. Harold M. Wilkie* for petitioner. *Messrs. Edwin S. Mack, J. Gilbert Hardgrove, Frederic Sammond, Baxter Milne,* and *C. M. Bracelen* for respondent. By leave of Court, briefs of *amici curiae* were filed by *Solicitor General Biddle* and *Messrs. J. Phillip Wenchel, Daniel W. Knowlton, David W. Robinson, Jr.,* and *William J. Dempsey,* on behalf of the United States; and by *Messrs. John E. Benton* and *Clyde S. Bailey,* on behalf of the National Association of Railroad and Utilities Commissioners,—in support of the petition.

No. 628. STEWART ET AL. *v.* CAPITAL TRANSIT Co. February 5, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and mo-